UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PAUL SHERRELL, JR., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | No. 2:22–cv–0275–KJM–KJN PS <br><br> <u>ORDER</u> <br><br> (ECF Nos. 2, 3) |

  On April 18, 2022, the magistrate judge filed findings and recommendations (ECF No. 3), which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On May 9, 2022, plaintiff filed untimely objections to the findings and recommendations (ECF No. 4), which nevertheless have been considered by the court.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

  The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 3) are ADOPTED IN FULL;
2. The action is DISMISSED with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2);
3. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED AS MOOT; and
4. The Clerk of Court is directed to CLOSE this case.

DATED: June 28, 2022.

CHIEF UNITED STATES DISTRICT JUDGE